| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-11176 / MBK**

Yvonne E. Tolliver

Petition Filed Date: 02/15/2022
341 Hearing Date: 03/24/2022
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2022 | $500.00 | 589159 | 04/11/2022 | $500.00 | 589164 | 04/27/2022 | $500.00 | |
| 05/24/2022 | $500.00 | | 06/29/2022 | $500.00 | | 08/02/2022 | $500.00 | |
| 09/02/2022 | $500.00 | | 10/04/2022 | $500.00 | | 11/02/2022 | $500.00 | |
| 12/05/2022 | $500.00 | | 01/04/2023 | $500.00 | | 02/02/2023 | $500.00 | |
| 03/06/2023 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $6,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yvonne E. Tolliver | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 1 | CARVANA, LLC<br>»» 2017 NISSAN SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | US BANK TRUST, N.A.<br>»» P/117 CENTER ST/1ST MTG/ORDER 5/3/2022 | Mortgage Arrears | $378,737.71 | $5,062.00 | $373,675.71 |
| 3 | Midland Funding, LLC<br>»» J-298958-10/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | Midland Funding, LLC<br>»» DJ-141380-11/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | New Century Financial Services, Inc.<br>»» DJ-047340-13/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11176 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $5,062.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $510.00 | Arrearages: | $0.00 |
| Funds on Hand: | $928.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

