Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–11176–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne E. Tolliver
   117 Center Street
   Freehold, NJ 07728

Social Security No.:
   xxx–xx–3428

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 27, 2023
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 22-11176-MBK

Yvonne E. Tolliver                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2

Date Rcvd: Dec 27, 2023                       Form ID: 148                          Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne E. Tolliver, 117 Center Street, Freehold, NJ 07728-2430 |
| 519507886 | + | Fay Servicing, LLC, c/o Stern Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 202, Roseland, NJ 07068-1640 |
| 519514267 | + | Fay Servicing, LLC as servicing agent for U.S. Ban, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519507893 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519507884 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 27 2023 20:38:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 519507883 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 27 2023 20:38:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 519512146 | + | EDI: AISACG.COM | Dec 28 2023 01:33:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519509711 | + | EDI: AISACG.COM | Dec 28 2023 01:33:00 | Carvana, LLC, Bridgecrest Credit Company, LLC c/o, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519507885 | | Email/Text: ECF@fayservicing.com | Dec 27 2023 20:37:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519507887 | | EDI: IRS.COM | Dec 28 2023 01:33:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519507890 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2023 20:38:00 | Midland Funding, LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519507888 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2023 20:38:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 519507891 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 27 2023 20:43:14 | New Century Financial Services, Inc., 110 S Jefferson Road, Whippany, NJ 07981-1038 |
| 519507889 | | Email/Text: signed.order@pfwattorneys.com | Dec 27 2023 20:37:00 | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519507892 | | Email/Text: signed.order@pfwattorneys.com | Dec 27 2023 20:37:00 | New Century Financial Services, Inc., c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |

District/off: 0312-3                                   User: admin                                   Page 2 of 2
Date Rcvd: Dec 27, 2023                            Form ID: 148                              Total Noticed: 18

519564415            ^   MEBN

Dec 27 2023 20:35:34    U.S. Bank Trust National Association, not in its i,
                                                                    PO Box 814609, Dallas, TX 75381-4609

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Loss Mitigation Fay Servicing  LLC ecfnotices@grosspolowy.com |
| Ashley Pascuzzi | on behalf of Creditor Fay Servicing  LLC as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Carvana  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert Cameron Legg | on behalf of Debtor Yvonne E. Tolliver courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9